IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAMECIA A. THOMAS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | NO. 1:21-CV-3148-TWT |
| v. | : | |
| | : | |
| AMAZING CARE AGENCY, INC. | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **PLAINTIFF'S MOTION TO STRIKE ANSWER OF DEFENDANT AND MEMORANDUM OF LAW IN SUPPORT**

COMES NOW PLAINTIFF JAMECIA A. THOMAS and files this motion to strike civil action against Defendant AMAZING CARE AGENCY, INC.

1. On August 3, 2021, Plaintiff filed this civil action alleging violations of the Fair Labor Standards Act. [Doc. 1].

2. On August 5, 2021, Defendant was properly served with civil process, [Doc. 3] making its Answer or other responsive pleading due on or before August 26, 2021.

3. On August 30, 2021, Defendant filed its "Pro Se" Answer. [Doc. 4].

## ARGUMENT AND CITATION TO AUTHORITY

Defendant's Answer [Doc. 4] must be stricken because it is a nullity, having been filed by a corporation, and not by an attorney licensed to practice law in this judicial district. A corporation must be represented by counsel before this Court and cannot file pleadings without counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); *Davis-Brown v. Federal Deposit Insurance Corp.*, 2016 WL 5858997 at *3 (S.D.Ga. Oct. 4, 2016); *Conway v. H&R Block Eastern Enterprises, Inc.*, 240 F.Supp. 1353 (S.D.Ga. 2017).

Accordingly, the Court should strike Defendant's Answer, granting it leave to retain counsel and file an Answer within a reasonable period of time.

This 31st day of August 2021.

                                      Respectfully submitted,

                                      */s/ Dean R. Fuchs*
                                      DEAN R. FUCHS
                                      Georgia Bar No. 279170
                                      Attorney for Plaintiff

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, GA 30303
(404) 688-6800
(404) 688-680 facsimile
d.fuchs@swtwlaw.com